UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-7082 FMO (JEMx) | Date | November 30, 2018 |
| Title | Jessica Arce v. Ly Sok Lim | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: OSC

By order dated November 14, 2018, plaintiff was ordered to show cause, on or before November 14, 2018, why this action should not be dismissed for lack of prosecution. (Dkt. 11, Court's Order of November 14, 2018). Plaintiff was advised that an answer by the defendant or an application for entry of default pursuant to Fed. R. Civ. P. 55(a) would be a satisfactory response to the order to show cause. (See id.).

On November 21, 2018, plaintiff filed a single-paragraph application for entry of default against defendant. (See Dkt. 12, Request for entry of Default). However, on November 27, 2018, the application was rejected by the Clerk because it failed to comply with Rule 55 of the Federal Rules of Civil Procedure, by not including the required declaration supporting the application. (See Dkt. 13, Notice of Deficiency). The Notice of Deficiency stated: "Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have default reconsidered." (See id.).

As of the date of this Order, plaintiff has not filed a new application for entry of default. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT the plaintiff's counsel shall appear at a hearing on **Thursday, December 13, 2018, at 10:00 a.m.** to show cause why sanctions should not be imposed and/or the action dismissed for lack of prosecution.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |